# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEEM ALBERT-WALKER BORDEN,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WILLIAM GREEN, BADGE #110,** *et al.*,<br><br>*Defendants.* | **Case No. 2:23-cv-03654-JDW** |

## ORDER

**AND NOW**, this 31st day of July, 2025, upon consideration of Defendants William Green And Phillip M. Lydon's Motion For Summary Judgment (ECF No. 24), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.